UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | Case No. 14-48139-399 |
| **TONYA MUNIE,** | ) | |
| | ) | Honorable Barry S. Schermer |
| Debtor. | ) | |

### REQUEST FOR COPIES OF ALL NOTICES, PLEADINGS AND ORDERS

COMES NOW Summers Compton Wells LLC on behalf of Shane Munie and respectfully requests that all notices, pleadings and orders in these proceedings, pursuant to the Federal Rules of Bankruptcy Procedure, be served upon Mr. Munie and his counsel as follows:

> Bonnie L. Clair
> Summers Compton Wells LLC
> 8909 Ladue Road
> St. Louis, MO 63124
> (314) 991-4999
> (314) 991-2413 facsimile
> blcattymo@summerscomptonwells.com (ECF Only)
> bclair@summerscomptonwells.com (Correspondence)

FURTHER TAKE NOTICE THAT the foregoing request includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices and copies of any original, amended or supplemental plan, application, complaint, demand, hearing, motion, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone, facsimile, electronic transmission, the CM/ECF system or otherwise.

PLEASE TAKE FURTHER NOTICE that this Request for Copies of Notices, Pleadings and Orders shall not be deemed or construed as Mr. Munie's waiver of the right to (a) seek abstention or dismissal of this case or any proceeding filed herein, or otherwise contest venue or the court's jurisdiction over the case or any such proceeding; (b) have final orders in applicable

matters, including so-called "Stern" matters and non-core claims, entered only after *de novo* review by a United States District Court; (c) demand a trial by jury in any proceeding so eligible; or (d) request withdrawal of the reference in any matter subject to mandatory or discretionary withdrawal; and it shall not constitute a waiver of any other rights or claims, actions, defenses, setoffs or recoupments which Mr. Munie has or may hereafter obtain, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Mr. Munie expressly reserves. This Request for Notices shall not be construed to be a consent by Mr. Munie pursuant to 28 U.S.C. § 157(c)(2).

                                      Respectfully Submitted,

Date: October 24, 2014          By:_/s/ Bonnie L. Clair_____
                                      BONNIE L. CLAIR (#41696MO)
                                      SUMMERS COMPTON WELLS LLC
                                      8909 Ladue Road
                                      St. Louis, MO 63124
                                      (314) 991-4999/(314) 991-2413 Fax
                                      Email: blcattymo@summerscomptonwells.com

                                      ***Attorneys for Shane Munie***

1527481

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via electronic filing in the CM/ECF system of the United States Bankruptcy Court for the Eastern District of Missouri to the parties requesting service by electronic filing.  I hereby also certify that a copy of the foregoing was served via United States Mail, first class postage prepaid to those individuals and entities not requesting service by electronic filing.  The individuals and entities being served electronically or by mail are:

Robert E. Faerber Jr
230 S. Bemiston Suite 600
Clayton, MO 63105

John V. LaBarge, Jr.
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

October 24, 2014                                                                        /s/  Christina Hauck

1527481